UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Antonio Mariello Waring                Docket No. 5:16-CR-267-1BR

**Petition for Action on Supervised Release**

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Mariello Waring, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on May 1, 2017, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Antonio Mariello Waring was released from custody on December 06, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has failed to obtain verifiable employment since his release from custody on December 06, 2017. The recommendation is for the defendant to participate in a cognitive behavioral treatment program to address his thinking patterns and build prosocial skills. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Taylor R. O'Neil<br>Taylor R. O'Neil<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8698<br>Executed On: October 02, 2018 |

**Antonio Mariello Waring**
**Docket No. 5:16-CR-267-1BR**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __2__ day of __October__, 2018, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge